## PATRICK v. STATE.

### No. 26691.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal for appellant.

Clyde Suddath, County Atty., Henrietta, Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for murder; the punishment, life imprisonment.

The record contains no statement of facts and no bills of exception, and the proceedings appear regular.

The judgment is affirmed.